# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DAMON ELIJAH GARDNER, | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION 16-617-CG-MU |
| GERALD MOORE, | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 5th day of June, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE