## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAMON ELIJAH GARDNER,** | **)** | |
| | **)** | |
| **Plaintiffs,** | **)** | |
| | **)** | |
| **vs.** | **)** | **CIVIL ACTION 16-617-CG-MU** |
| | **)** | |
| | **)** | |
| **GERALD MOORE,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's

Complaint be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 5th day of June, 2017.


/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE